UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL LEON,<br>    Plaintiff, | CIVIL ACTION NO. 3:14-CV-2009 |
| v. | (Judge Nealon) |
| BARCLAYS BANK DELAWARE,<br>    Defendant | |

## ORDER

**AND NOW, ON THIS 19TH DAY OF MAY, 2015**, upon consideration of the Plaintiff's notice of voluntary dismissal, (Doc. 7), **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **DISMISSED** with prejudice and without cost to either party.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**

FILED
SCRANTON
MAY 20 2015
PER _____
DEPUTY CLERK